# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|   |   |
|---|---|
| IN THE MATTER OF PETITIONER,<br><br>   LORENA A. SORIA | Case No. 2:15-cv-00498-MMD-NJK<br><br>ORDER |

On April 29, 2015, the Court denied without prejudice petitioner's request for the issuance of subpoenas in relation to a proceeding in the Patent and Trademark Office. Docket No. 3. The Court advised petitioner of various deficiencies in that request and indicated that she could renew her request if she believed she could cure the deficiencies. *See id.* at 2. The Court warned petitioner: "**Any renewed request shall be filed no later than May 13, 2015. The failure to renew the request by that date will result in the Court administratively closing this action.**" *Id.* at 2-3 (emphasis in original). Petitioner has since filed a notice of appearance by an attorney, *see* Docket No. 4, but she has not filed a renewed request for issuance of subpoenas.

Accordingly, the Court hereby **INSTRUCTS** the Clerk's Office to close this case.[1]

IT IS SO ORDERED.

DATED: May 15, 2015

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge

---

[1] The fact that this ruling terminates this miscellaneous discovery action does not render it "dispositive" for purposes of 28 U.S.C. § 636, *see, e.g.*, *Agincourt Gaming, LLC v. Zynga, Inc.*, 2014 WL 4079555, *2 (D. Nev. Aug. 15, 2014) (citing *Feist v. RCN Corp.*, 2012 WL 4835038, *1 (N.D. Cal. Oct. 4, 2012)), so the Court's ruling is fashioned as an "order" rather than a "report and recommendation."